UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WENG,<br><br>    Plaintiff,<br><br>    v.<br><br>PAULA CLARK,<br><br>    Defendant. | Case No. 17-cv-05955-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE** |

On October 24, 2017, Magistrate Judge Elizabeth D. Laporte granted defendant's application to proceed *in forma pauperis* and issued a Report and Recommendation recommending that this unlawful detainer case be remanded to Contra Costa County Superior Court for lack of jurisdiction. Dkt. No. 6.

Objections to Judge Laporte's recommendation were due by November 7, 2017. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.[1] Having reviewed the Report and Recommendation, as well as the record in this case, I ADOPT Judge Laporte's Report and Recommendation in full. This case is REMANDED to Contra Costa County Superior Court for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: November 27, 2017

William H. Orrick
United States District Judge

---

[1] Plaintiff Weng filed a motion to remand on November 22, 2017. Dkt. No. 12. That motion seeks remand for the same reasons given by Judge Laporte in her Report and Recommendation.